FILED
09/23/2020
Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**SAPTARSHI BHATTACHARYA,**<br><br>**Defendant.** | **VIOLATION:**<br>**9711264**<br>**Location Code: M13**<br><br>**ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $45 fine and $30 processing fee for violation 9711264 (for a total of $75), and for good cause shown, IT IS ORDERED that the $75 fine paid by the defendant is accepted as a full adjudication of violation 9711264.

IT IS FURTHER ORDERED that the initial appearance scheduled for October 8, 2020, is VACATED.

DATED this 23rd day of September, 2020.

_____
John Johnston
United States Magistrate Judge